# FILED

**NOT FOR PUBLICATION**

AUG 18 2022

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| MITCHELL TAEBEL,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>COUNTY OF MARICOPA; DOUG DUCEY, AZ Governor; MARK BRNOVICH, Attorney General, AZ Attorney General; MARICOPA COUNTY OFFICE OF PUBLIC DEFENSE SERVICES; MARICOPA COUNTY PUBLIC DEFENDER'S OFFICE; DONALD J. TRUMP; WILLIAM G. MONTGOMERY,<br><br>        Defendants-Appellees. | No.   21-16919<br><br>D.C. No.<br>2:21-cv-01294-ROS-CDB<br><br>MEMORANDUM<sup>*</sup> |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted August 16, 2022 <sup>**</sup>
San Francisco, California

---

    * This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    ** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: FERNANDEZ, SILVERMAN, and N.R. SMITH, Circuit Judges.

Mitchell Taebel appeals pro se from the district court's judgment and order of dismissal for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Taebel brought suit under 42 U.S.C. § 1983 against various government officials following his arrest and detention. We dismiss the appeal.

Taebel's Opening Brief does not comply with the briefing rules set forth in Federal Rule of Appellate Procedure 28, Ninth Circuit Rule 28-1, or Ninth Circuit Rule 28-2. Taebel did not even use the Ninth Circuit's Informal Opening Brief form. *See* 9th Cir. R. 28-1(c). In addition, while we are not required to consider the merits, even construing Taebel's Opening Brief liberally,[1] it does not make a meritorious argument, and the district court did not err[2] in dismissing his Second Amended Complaint. *See N/S Corp. v. Liberty Mut. Ins. Co.*, 127 F.3d 1145, 1146–47 (9th Cir. 1997); *Greenwood v. F.A.A.*, 28 F.3d 971, 977 (9th Cir. 1994).

Thus, we strike Taebel's Opening Brief and dismiss the appeal. *See N/S Corp.*, 127 F.3d at 1146–47; *Stevens v. Sec. Pac. Nat'l. Bank*, 538 F.2d 1387, 1389

---

[1] *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012).

(9th Cir. 1976); *cf. Carter v. Comm'r.*, 784 F.2d 1006, 1008–09 (9th Cir. 1986).

**DISMISSED.**